HENRY ISASI v. THOMAS E. MURRAY, JR., as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Martin, P. J., Glennon, Dore and Callahan, JJ.

JACOB M. KRAM v. MICHAEL H. KRAM and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

JENNIE WEINGARTEN and HATTIE WEINGARTEN v. HENRY M. RINDER and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

NORTHERN ASSURANCE COMPANY v. B. A. W. TRUCKING COMPANY.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

DAVID KEIZERSTEIN v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

EDWIN WATTE v. OTIS ELEVATOR COMPANY and Others, Impleaded with 350 NORTHERN AVE. CORPORATION and CONSOLIDATED ELECTRIC CONSTRUCTION CO., INC., and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

SAMUEL H. HENIS v. CHARLES SHANKROFF.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

MARY SHANNON, an Infant, by PATRICK SHANNON, Her Guardian ad Litem, and PATRICK SHANNON v. FRANK L. SAMUELS, Impleaded with Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of MORRIS A. SHULMAN for an Order against TEACHERS' RETIREMENT BOARD OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

LOUIS GREENSTEIN v. THE PACIFIC MUTUAL LIFE INSURANCE COMPANY OF CALIFORNIA.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Rehabilitator of LAWYERS MORTGAGE COMPANY, v. AMERICAN SURETY COMPANY, Impleaded with Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.